UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CARL SILVERMAN, individually and :
derivatively on behalf of NEW SKYLINE
PARTNERS, LLC, :
                  Plaintiff,     ORDER
                                     :
    -v.-
                                       :     18 Civ. 10231 (AT) (GWG)
RICHARD EPSTEIN,
                  Defendant. :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

       This Order is to clarify that the Order dated March 24, 2020 (Docket # 97) applies only to defendant Richard Epstein. All other defendants have been dismissed.

       The attorney for defendant Richard Epstein is (1) directed to mail a copy of this Order and of the Order dated March 24, 2020 to plaintiff and (2) to contact plaintiff by telephone <u>within 14 business days</u> for purposes of creating a discovery plan as set forth in the March 24, 2020 Order.

Dated: New York, New York
         March 25, 2020

                                                            SO ORDERED:

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge